1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MARIE ALVINO, | Case No. 1:16-cv-00683-LJO-SMS |
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security, | |
| Defendant. | (Doc. 2) |

On May 13, 2016, Plaintiff Anita Marie Alvino, by her attorney, Vijay Patel, filed a motion to proceed *in forma pauperis*.  Doc. 2.

The Court "may authorize the commencement . . . of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] . . . possesses that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a).  A plaintiff "need not be absolutely destitute to obtain benefits of the in forma pauperis statute.  But a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (quotations and citations omitted).

According to the Department of Health and Human Services, the 2016 poverty guideline for a two-person household is $16,020.[1]  U.S. Department of Health and Human Services, *Poverty*

---

[1]  These poverty guidelines apply to those residing in the 48 contiguous states and the District of Columbia, excluding Alaska and Hawaii.

1

*Guidelines*, https://aspe.hhs.gov/poverty-guidelines (last visited February 26, 2016); Annual Update of the HHS Poverty Guidelines, 81 Fed. Reg. 4036 (January 25, 2016).  In this case, Plaintiff reported that her husband, the sole provider, earns $2,400 per month.  Plaintiff and her husband therefore receive an annual income of $28,800.  Under a two-person household, Plaintiff's income level is $12,780 above the poverty guideline.  Additionally, Plaintiff has listed five categories of expenses (rent, gasoline, utilities, food, and miscellaneous) that total $1,562.00.  Deducting the $1,562 from Plaintiff's monthly income of $2,400 yields an excess of $838 per month.  Consequently, at this time, the Court cannot find that Plaintiff's financial status is that of an indigent.

Accordingly, the Court DENIES Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the filing fee to the Clerk of the Court within thirty (20) days of this order.  If Plaintiff does not pay the filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution and failure to obey a Court order without further notice.

IT IS SO ORDERED.

Dated:   May 18, 2016                          _____

SENIOR  DISTRICT  JUDGE