Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ANITA MARIE ALVINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MARIE ALVINO ) | Case No.: 1:16-cv-00683-AWI SMS |
| ) | |
| Plaintiff, ) | REQUEST TO EXTEND TIME TO |
| v. ) | FILE AMENDED MOTION TO |
| ) | PROCEED IN FORMA PAUPERIS; |
| CAROLYN W. COLVIN, Acting ) | ORDER |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

1       Plaintiff Anita Marie Alvino subject to this Court's approval request the
2 Court to extend the time by 30 days from June 7, 2016 to July 7, 2016 for Plaintiff
3 to file a motion to proceed in forma pauperis, with all other dates in the Court's
4 Order Concerning Review Of Social Security Cases extended accordingly. This is
5 Plaintiff's first request for an extension. This request is made at the request of
6 Plaintiff's counsel to allow additional time to fully research the issues presented.

7 DATE: June 7, 2016          Respectfully submitted,

                               LAWRENCE D. ROHLFING

                               /s/ *Vijay J. Patel*

                BY: _____
                       Vijay J. Patel
                       Attorney for plaintiff Ms. Anita Marie Alvino

## ORDER

IT IS SO ORDERED.

    Dated:  **June 7, 2016**                    **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE