# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA MARIE ALVINO,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:16-cv-00683-AWI-SMS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 9) |

On June 21, 2016, Plaintiff filed a notice of dismissal, with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A) provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Because Defendant has not served an answer or filed a motion for summary judgment, this case has terminated.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case in light of Plaintiff's voluntary notice of dismissal with prejudice.

IT IS SO ORDERED.

Dated: **June 22, 2016**　　　　　　　　　　　　/s/ **Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE